IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADAM KATZENSTEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL CITY MORTGAGE, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:10-CV-3552-TWT |

## ORDER

This is a pro se civil case arising out of a foreclosure action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing this action without prejudice for failure to comply with a lawful order of the Court. I approve and adopt the Report and Recommendation of the Magistrate Judge as the judgment of the Court. This is action is DISMISSED without prejudice.

SO ORDERED, this 29 day of December, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Katzenstein\r&r.wpd